ante, p. 171;
ante, p. 301;
ante, p. 985;
ante, p. 851;
*1083 No. 87-131.
No. 87-302.
No. 87-409.
No. 87-531.
No. 87-674.
No. 87-685.
No. 87-5197.
No. 87-5477.
No. 87-5708.
No. 87-5724.
No. 87-5841.
No. 87-5903.
ante, p. 985;
ante, p. 892;
ante, p. 926;
ante, p. 951;
ante, p. 986;
ante, p. 986;
ante, p. 864;
ante, p. 945;
ante, p. 988;
ante, p. 1013;
ante, p. 1016; and
ante, p. 999. Petitions for rehearing denied.
Justice Kennedy took no part in the consideration or decision of these petitions.